UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HOWARD B. ACKERMAN,

    Petitioner,

vs.

DIRECTOR HOWARD SKOLNICK, *et al.,*

    Respondents.

2:10-cv-01088-GMN-GWF

**ORDER**

    This is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in which Petitioner, a state prisoner, is proceeding with representation of counsel. On May 18, 2012, Respondents filed a Motion for an Extension of Time to File an Answer to the Petition for Writ of Habeas Corpus. (ECF No. 34.) Good cause appearing, Respondents' motion is **GRANTED.** Respondents are granted to and including June 20, 2012, to file an answer.

    DATED this 23rd day of May, 2012.

Gloria M. Navarro
United States District Judge